**UNITED STATES DISTRICT COURT**
**Southern District of New York**



**AFFIDAVIT OF SERVICE**

Index no : **10 CV 8256**
Date Index Number Purchased: **11/01/2010**

| Plaintiff(s): | **Safra National Bank of New York** |
|---|---|
| Defendant(s): | **Hartford Fire Insurance Co.** |

STATE OF CONNECTICUT
HARTFORD COUNTY      ss.:

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Connecticut.

On **11/09/2010** at **1:43 PM**, I served the within **Summons in a Civil Action and Complaint; Rule 7.1 Statement; Civil Cover Sheet; Electronic Case Filing Rules & Regulations; Individual Rules of The Honorable Alvin K. Hellerstein; Individual Practices of Magistrate Judge Maas** on **Hartford Fire Insurance Co.** at **690 Asylum, One Hartford Plaza, Hartford, CT 06155** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Ronald S. Apter, Vice President & Assistant General Counsel** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Hartford Fire Insurance Co.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | White | 45 | 6'3" | 220 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
November 10, 2010
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 8/3/2014

X _____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: