

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAFRA NATIONAL BANK OF NEW YORK,

    Plaintiff,

    -against-

HARTFORD FIRE INSURANCE CO.,

    Defendant.
-------------------------------------------------------------X

10 CV 8256 (AKH)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED TO that defendant Hartford Fire Insurance Company's time to answer or otherwise respond to the Complaint in the within action is hereby extended to January 6, 2011. No prior stipulation on the same subject has been previously requested.

IT IS HEREBY FURTHER STIPULATED AND AGREED TO that defendant Hartford Fire Insurance Company waives any objections or defenses based on lack of personal jurisdiction or improper service of process.

Dated: November 22, 2010

SATTERLEE STEPHENS BURKE
& BURKE LLP

By _____
Christopher Belmonte (CB-2163)
Pamela Bosswick
Meghan H. Sullivan
230 Park Avenue, Suite 1190
New York, NY 10169
(212) 818-9200

Attorneys for Plaintiff

MOUND COTTON WOLLAN
& GREENGRASS

By _____
Lloyd A. Gura, Esq. (LG-0500)
Gretchen Henninger (GH-0035)
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

Attorneys for Defendant

SO ORDERED 12/1/10
_____